# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

EE MENG PEH,                          *
                                      *
            Plaintiff,                *              CIVIL ACTION NO.: 2:16-cv-139
                                      *
     v.                               *
                                      *
TRENT V. KELIHER; KENNETH R.          *
TEAGLE; and AYER RAJAH                *
INVESTMENTS, LLC,                     *
                                      *
            Defendants.               *

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's July 28, 2017, Report and Recommendation, dkt. no. 27, to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Plaintiff's claims against Defendants Trent V. Keliher and Kenneth R. Teagle. Plaintiff's claims against Defendant Ayer Rajah Investments, LLC, shall remain pending.

**SO ORDERED,** this ___31___ day of ___August___, 2017.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA